IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LUCIENA S. GRANT-FLETCHER | * | |
| *Plaintiff* | * | |
| v. | * | Case no.: 1:13-cv-03505 RDB |
| COLLECTO, INC. d/b/a EOS CCA, | * | |
| *Defendant.* | * | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Luciena S. Grant-Fletcher, through her undersigned counsel, hereby dismisses this action pursuant to Fed. R. Civ. P. 41(a), with prejudice.

Respectfully submitted,

/S/
Thomas J. Minton – No. 03370
Goldman & Minton, P.C.
1500 Union Avenue, Suite 2300
Baltimore, MD 21211
Ph (410) 783-7575
Fax (410) 783-1711
tminton@charmcitylegal.com

*Attorneys for Plaintiff*



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 OCT -2 PM 3:35
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

### Certificate of Service

I hereby certify that, on this 2nd day of October, 2014, I filed the foregoing Notice of Dismissal using the Court's ECF system, and that all counsel of record will be served through that system.

/S/
Thomas J. Minton – No. 03370

**Request Granted this 2nd Day of October, 2014.**

Richard D. Bennett
United States District Judge